REED E. SCHAPER, Bar No. 082792
rschaper@hkemploymentlaw.com
ROBERT R. FLEMER, Bar No. 228946
rflemer@hkemploymentlaw.com
FERRY LOPEZ, Bar No. 274080
flopez@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

Attorneys for Defendants
VITAS HEALTHCARE CORPORATION
OF CALIFORNIA and VITAS
HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| KATIE WALDROP, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a California corporation; VITAS HEALTHCARE CORPORATION, a Delaware corporation; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.  ED CV 13-983-GHK(DTBX)<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS**<br><br>**Judge:**　Hon. George H. King<br>**Ctrm:**　650 |

1  Having considered the Parties' Joint Stipulation and [Proposed] Protective
2  Order Re: Confidential Information and Documents in this matter,
3  IT IS HEREBY ORDERED that the Parties' Joint Stipulation and [Proposed]
4  Protective Order Re: Confidential Information and Documents be entered.

**IT IS SO ORDERED**

DATED: October 28, 2013          _____
                                  Honorable David T Bristow